**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 8, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00164-CV

_____

## IN RE WALATA DEON SMITH, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS

---

### MEMORANDUM OPINION

On February 21, 2012, relator, Walata Deon Smith, filed a petition for writ of mandamus in this court.  *See* Tex. Gov't Code Ann §22.221; *see also* Tex. R. App. P. 52.1. Relator asks this court to compel Stan Stanart, the County Clerk of Harris County, Texas, to forward copies of probate court records.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code.  Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to:  (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction.  Tex. Gov't Code Ann. § 22.221.   Because the petition for writ of mandamus

is directed toward a county clerk and is not necessary to enforce this court's jurisdiction, we have no jurisdiction.   *See* Tex. Gov't Code Ann. § 22.221(b)(1).

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.